IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


UMG RECORDINGS, INC., a Delaware
Corporation; ELEKTRA ENTERTAINMENT
GROUP, INC., a Delaware Corporation;
MOTOWN RECORD COMPANY, L.P.; a
California Limited Partnership;
ARISTA RECORDS LLC, a Delaware
Limited Liability Company; and
VIRGIN RECORDS AMERICA, INC., a
California Corporation                                    PLAINTIFFS

VS.                           CIVIL ACTION NO. 5:06-cv-107(DCB)(JMR)

TAMMY GRIFFIN                                              DEFENDANT


DEFAULT JUDGMENT

This cause having come before the Court on the plaintiffs UMG
Recordings, Inc., Elektra Entertainment Group, Inc., Motown Record
Company, L.P., Arista Records, LLC, and Virgin Records America,
Inc.'s motion for default judgment, and the Court having granted
the motion in a Memorandum Opinion and Order of even date herewith;
Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in
favor of the plaintiffs and against the defendant, Tammy Griffin,
for seven (7) acts of copyright infringement under the Copyright
Act, 17 U.S.C. § 101, et seq.;

FURTHER ORDERED AND ADJUDGED that the plaintiffs are awarded
statutory damages in the amount of Five Thousand Two Hundred and
Fifty Dollars ($5,250.00), and costs in the amount of Four Hundred
and Twenty Dollars ($420.00), for a total damages and cost award of

Five Thousand Six Hundred and Seventy Dollars ($5,670.00);

FURTHER ORDERED AND ADJUDGED that the defendant, Tammy Griffin, is permanently enjoined from directly or indirectly infringing on any sound recording, whether now in existence or later created, that is owned or controlled by the plaintiffs (or any parent, subsidiary, or affiliate recording label of the plaintiffs) ("the plaintiffs' recordings") including without limitation by using the internet or any online media distribution system to reproduce (i.e. download) any of the plaintiffs' recordings, to distribute (i.e. upload) any of the plaintiffs' recordings, or to make any of the plaintiffs' recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of the plaintiffs. The defendant shall also destroy all copies of the plaintiffs' recordings that the defendant has downloaded onto any computer hard driver or server without the plaintiffs' authorization, and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in the defendant's possession, custody or control.

SO ORDERED AND ADJUDGED , this the _25th_ day of September, 2007.


_____s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE